**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2002**

TIGRESS SYDNEY ACUTE MCDANIEL,

Plaintiff - Appellant,

v.

SUN PHARMACEUTICAL INDUSTRIES LTD.; SUN PHARMACEUTICAL INDUSTRIES, INC.; SUN PHARMACEUTICAL MEDICARE LIMITED; CVS PHARMACY, INC.; DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:24-cv-00823-GCM)

Submitted: February 20, 2025                    Decided: February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tigress Sydney Acute McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tigress Sydney Acute McDaniel seeks to appeal the district court's September 16, 2024, text order denying McDaniel's motion to strike language from a prior court order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that McDaniel seeks to appeal is neither a final order, given that litigation on her claims is ongoing, nor is it an appealable interlocutory or collateral order. Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*